IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

PERCY ALLEN WILLIAMS, JR.,
        Plaintiff,
    v.                                      **Judgment in a Civil Case**
LEWIS O. SMITH; ALVIN W. KELLER,
JR.; ROBERT C. LEWIS; BETH MCNEIL;
MARY S. POLLARD; REV. REGINALD E.
MIDGEGGE; FINESSE G. COUCH,
        Defendants.                  Case Number: 5:10-CT-3196-D

**Decision by Court.**

This action came before the Honorable James C. Dever II, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

<u>This Judgment Filed and Entered on September 26, 2011, with service on:</u>
Percy Allen Williams, Jr. 0824742, Albemarle Correctional Institution, P.O. Box 460, Badin, NC 28009 (via U.S. Mail)

September 26, 2011                                    /s/ Dennis P. Iavarone
                                                              Clerk