IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| PERCY ALLEN WILLIAMS, JR.,<br>　　　　　Plaintiff,<br>　　v.<br>LEWIS O. SMITH; ALVIN W. KELLER,<br>JR.; ROBERT C. LEWIS; BETH MCNEIL;<br>MARY S. POLLARD; REV. REGINALD E.<br>MIDGEGGE; FINESSE G. COUCH,<br>　　　　　Defendants. | **Judgment in a Civil Case**<br><br>Case Number: 5:10-CT-3196-D |

**Decision by Court.**

This action came before the Honorable James C. Dever II, United States District Judge, for frivolity review pursuant to 28 U.S.C. § 1915.

**IT IS ORDERED AND ADJUDGED** that this action is hereby dismissed as frivolous.

This Judgment Filed and Entered on September 26, 2011, with service on:
Percy Allen Williams, Jr.  0824742, Albemarle Correctional Institution, P.O. Box 460, Badin, NC  28009 (via U.S. Mail)

| | |
|---|---|
| September 26, 2011 | /s/ Dennis P. Iavarone<br>Clerk |